UNITED STATE DUSTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
YDELSA SALIM,

                               Plaintiff(s),                        VERIFIED COMPLAINT

       -Against-                                    Index No.

ROYAL CARIBBEAN CRUISES, LTD.,,

                               Defendant(s).
-------------------------------------------------------------------------X

Plaintiff, YDELSA SALIM, by her attorneys, MELTZER, FISHMAN, MADIGAN & CAMPBELL, ESQS., complaining of the defendants, respectfully alleges:

FIRST:        At all times herein mentioned, plaintiff, YDELSA SALIM, was and still is a resident of the County of Nassau, State of New York.

SECOND:        That on May 25, 2024, defendant, ROYAL CARIBBEAN CRUISES, LTD.,, was incorporated and licensed to do business in Miami, Florida.

THIRD:        That on and prior to May 25, 2024, defendant owned, operated and maintained the cruise ship known as Harmony of the Sea, including the areas outside the solarium.

FOURTH:        That on and prior to May 25, 2026, defendant inspected the aforesaid cruise ship, including the areas outside the solarium.

FIFTH:        That on and prior to May 25, 2024, defendant repaired the aforesaid cruise ship, including the area outside the solarium.

SIXTH:        That on and prior to May 25, 2024, defendant controlled the cruise ship, including the area outside the solarium.

SEVENTH:        That on or prior to May 25, 2024, defendant, managed the aforesaid cruise ship, including the area outside the solarium.

EIGHTH:        That on and prior to May 24, 2024, defendant, had actual notice of the dangerous wet conditions in the area outside the solarium on the cruise ship..

NINTH:   That on and prior to May 25, 2024, defendant, had constructive notice of the dangerous wet conditions outside the solarium on the aforesaid cruise ship.

TENTH:   That on May 25, 2024, plaintiff was caused to slip and fall on the aforesaid wet and dangerous conditions outside the solarium of the cruise ship while exiting the solarium.

ELEVENTH:   That on May 25, 2024, in the afternoon, plaintiff was caused to injure herself severely in the due to defendant's negligent acts and omissions.

TWELFTH:   Plaintiff was not contributory negligent.

THIRTEENTH This case is brought on the basis of diversity under 28 U.S.C. section 1332.

**WHEREFORE**, plaintiff, YDELSA SALIM, demands judgment against the defendant(s) in the amount of $145,000.00 together with the interest, cost and disbursements of this action.

DATED:   New York, New York
          May 22, 2026

                              MELTZER, FISHMAN, MADIGAN &
                              CAMPBELL, ESQS.
                              Attorneys for Plaintiff
                              225 Broadway, Suite 2605
                              New York, NY  10007
                              (212) 227-1980

                              By_____
                                  EDWARD J. MADIGAN
                              File Number

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

I, Edward J. Madigan, the undersigned, am an attorney, duly admitted to practice in the Courts of New York State, and am associated with the firm of MELTZER, FISHMAN, MADIGAN & CAMPBELL, ESQS.

I affirm the contents of the complaint upon the review of my file.

That the undersigned affirms that the foregoing statement is true, under penalties of perjury.

Dated:  New York, New York
        May 22, 2025

_____
EDWARD J. MADIGAN

Index No.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------------------------------------------X,

YDELSA SALIM,

Plaintiff,

      -Against-

ROYAL CARIBBEAN CRUISES, LTD.,,,

Defendant(s),

-----------------------------------------------------------------------------------------------------------------------------------X

## SUMMONS AND VERIFIED COMPLAINT

**MELTZER, FISHMAN, MADIGAN & CAMPBELL**
*Attorneys for* Plaintiff

**225 BROADWAY**
**NEW YORK, N.Y. 10007**
**(212) 227-1980**

*To:*
*Attorney(s)for*

*Service of a copy of the within*            *is hereby admitted.*
*Dated:*                            ................................................
                                            *Attorney(s) for*

*PLEASE TAKE NOTICE*

           *that the within is a (certified) true copy of a*

Notice of     *entered in the office of the clerk of the within named Court on*            *20*
Entry

           *that an Order of which the within is a true copy will be presented for settlement to the*

Notice of     *Hon.*             *one of the judges of the within named Court,*
Settlement          *at*
                *on*          *20*  ,*at*     *M.*

*Dated:*

**MELTZER, FISHMAN, MADIGAN & CAMPBELL**
*Attorneys for* Plaintiff

**225 BROADWAY**
**NEW YORK, N.Y. 10007**

*To:*
*Attorney(s) for*